```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DAMON JONES, on behalf of himself and all                              :
others similarly situated,                                             :
                                                                       :
                                Plaintiff,      :    23 Civ. 9324 (JPC)
                                                :
            -v-                                 :           ORDER
                                                :
UMAMIMART, LLC,                                 :
                                                :
                                Defendant.      :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 7, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore November 28, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until February 2, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by February 9, 2024.

SO ORDERED.

Dated: January 26, 2024
       New York, New York

                                                 _____
                                                       JOHN P. CRONAN
                                                 United States District Judge